# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00651-CV

## In re Olga Palacios

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Olga Palacios's petition for a writ of mandamus is denied and the motion for an emergency stay of the underlying proceedings is overruled. We will grant the Palacios's motion to seal documents concerning her mental health records that were documents submitted to this Court for review.

_____

Bea Ann Smith, Justice

Before Justices B. A. Smith, Pemberton and Waldrop

Filed:   October 31, 2006